IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| LAURA A. OWENS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Defendant. | Civil Action File No.:<br>2:14-cv-00074-RWS |

**NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT
METROPOLITAN LIFE INSURANCE COMPANY
<u>AND CERTIFICATE OF CONSENT FOR WITHDRAWAL</u>**

    This Notice of Substitution and Certificate of Consent is submitted pursuant to Local Rule 83.1E(2)(d)[1] by (1) Defendant Metropolitan Life Insurance Company ("MetLife"); (2) Thomas W. Curvin, Phillip E. Stano, and G. Brendan Ballard of Eversheds Sutherland (US) LLP, withdrawing counsel for MetLife; and (3) Michael A. Caplan of Caplan Cobb LLP, substitute counsel for MetLife.

---

[1] *See Provost v. Aptos, Inc. et al.*, Civ. A. File No. 17-CV-02120-ELR, dkt. 23, (N.D. Ga. July 26, 2017) (allowing defense counsel in class action to file certificate of consent in lieu of motion to withdraw).

Because MetLife has selected Mr. Caplan of Caplan Cobb LLP as substitute counsel in this matter, Mr. Curvin, Mr. Stano, and Ms. Ballard hereby provide notice to the Court of their withdrawal as counsel. By its signature below, MetLife consents to the withdrawal of Mr. Curvin, Mr. Stano, and Ms. Ballard.

This Certificate of Consent has been signed by (1) Nicholas Corson, Assistant General Counsel for Defendant Metropolitan Life Insurance Company; (2) Thomas W. Curvin, Phillip E. Stano, and G. Brendan Ballard, the withdrawing attorneys; and (3) Michael A. Caplan, substitute counsel.

This 27th day of November, 2017.

CONSENTED AND AGREED TO BY:

| /s/ Michael A. Caplan | /s/ Thomas W. Curvin |
|---|---|
| Michael A. Caplan | Thomas W. Curvin |
| Georgia Bar No. 601039 | Georgia Bar No. 202740 |
| **CAPLAN COBB LLP** | **EVERSHEDS SUTHERLAND (US) LLP** |
| 75 Fourteenth Street, NE, Suite 2750 | 999 Peachtree Street, N.E., Suite 2300 |
| Atlanta, Georgia 30309 | Atlanta, Georgia 30309 |
| Tel: (404) 596-5600 | Tel: (404) 853-8314 |
| Fax: (404) 596-5604 | Fax: (404) 853-8806 |
| mcaplan@caplancobb.com | tomcurvin@eversheds-sutherland.com |
| | |
| *Substitute Counsel for Defendant Metropolitan Life Insurance Company* | /s/ Philip E. Stano |
| | Philip E. Stano |
| | *Pro Hac Vice* |
| | **EVERSHEDS SUTHERLAND (US) LLP** |
| | 700 Sixth Street, N.W., Suite 700 |
| | Washington, DC 20001 |
| | Tel: (202) 383-0100 |

-3-

                    Fax: (202) 637-3593
                    philipstano@eversheds-sutherland.com

| /s/ Nicholas Corson | /s/ G. Brendan Ballard |
|---|---|
| Nicholas Corson | G. Brendan Ballard |
| Assistant General Counsel | *Pro Hac Vice* |
| Metropolitan Life Insurance Company | **EVERSHEDS SUTHERLAND (US) LLP** |
| | 700 Sixth Street, N.W., Suite 700 |
| | Washington, DC 20001 |
| | Tel: (202) 383-0100 |
| | Fax: (202) 637-3593 |
| | brendanballard@eversheds-sutherland.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY AND CERTIFICATE OF CONSENT FOR WITHDRAWAL with the Clerk of Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

This 27th day of November, 2017.

/s/ Michael A. Caplan
Michael A. Caplan
Georgia Bar No. 601039
mcaplan@caplancobb.com