# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| LAURA A. OWENS, Individually and on Behalf of a Class of All Other Similarly Situated, ) ) ) ) ) Plaintiff, ) ) v. ) ) METROPOLITAN LIFE INSURANCE COMPANY, ) ) ) ) Defendants. ) ) | Civil Action File No. 2:14-cv-00074-RWS |

## ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DETERMINE ALLOCATION OF ATTORNEY FEE AWARD TO FORMER COUNSEL

Former Counsel M. Scott Barrett's Motion for Extension of Time to File Reply in Support of Motion to Determine Allocation of Attorney Fee Award having come before the Court and the Court having found that good cause exists for such an extension, it is hereby **_ORDERED_** that Barrett shall have through and including October 30, 2019 to file said Reply.

So **ORDERED** this ___11th___ day of October, 2019.

_____
Richard W. Story
United States District Judge

Submitted by:

| | |
|---|---|
| COCHRAN & EDWARDS, LLC<br>2950 Atlanta Road SE<br>Smyrna, Georgia 30080-3655<br>(770) 435-2131<br>(770) 436-6877 (*fax*)<br>randy@cochranedwardslaw.com | /s/ *Randy Edwards*<br>R. Randy Edwards<br>Georgia Bar No. 241525<br><br><br>*Attorneys for M. Scott Barrett* |